IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Gill, Larry D | Case Number:  06 B 15086 |
| | Judge:  Hollis, Pamela S |
| Printed:  10/9/07 | Filed:  11/16/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 27, 2007
Confirmed: February 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,950.00 | |
| Secured: | | 375.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,469.71 |
| Trustee Fee: | | 105.29 |
| Other Funds: | | 0.00 |
| Totals: | 1,950.00 | 1,950.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,834.00 | 1,469.71 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | Illinois Title Loans | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 3,219.00 | 375.00 |
| 6. | Select Portfolio Servicing | Secured | 32,681.69 | 0.00 |
| 7. | Cb Usa Inc | Unsecured | 3,134.17 | 0.00 |
| 8. | Nationwide Acceptance Corp | Unsecured | 2,118.09 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 2,203.19 | 0.00 |
| 10. | Cook County Treasurer | Unsecured | 62.59 | 0.00 |
| 11. | Illinois Dept Of Employment Sec | Unsecured | 4,936.48 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 1,007.75 | 0.00 |
| 13. | Advantage Financial Partners LLC | Unsecured | | No Claim Filed |
| 14. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 15. | Medical Collections | Unsecured | | No Claim Filed |
| 16. | American Collections & Credit | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 51,196.96 | $ 1,844.71 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 105.29 |
| | _____ |
| | $ 105.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Gill, Larry D | Case Number:  06 B 15086 |
| | Judge:  Hollis, Pamela S |
| Printed:  10/9/07 | Filed:  11/16/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

      Marilyn O. Marshall, Trustee, by:

      *Denise Ashley*